CO-386
10/2018

# United States District Court
# For the District of Columbia

American Oversight )
)
)
)
              Plaintiff )      Civil Action No. 18-2582
       vs )
)
U.S. Department of Education )
)
)
              Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  American Oversight  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  American Oversight  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

1034361
BAR IDENTIFICATION NO.

Hart W. Wood
Print Name

1030 15th Street B255
Address

Washington    DC      20005
City          State   Zip Code

202-873-1743
Phone Number