UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

American Oversight

*Plaintiff*

v.

U.S. Department of Education

*Defendant*

Civil Action No. 1:18-cv-02582-DLF

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

U.S. Department of Education
400 Maryland Avenue SW
Washington, DC 20202

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hart W. Wood
American Oversight
1030 15th Street NW, B255
Washington, DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/13/2018

Jean-Claude Douyon   Digitally signed by Jean-Claude Douyon
Date: 2018.11.13 14:45:26 -05'00'

*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| American Oversight | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:18-cv-02582-DLF |
| U.S. Department of Education | ) | |
| | ) | |
| *Defendant* | ) | |

SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*
Jessie K. Liu
U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
555 4th Street NW
Washington, DC  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hart W. Wood
American Oversight
1030 15th Street NW, B255
Washington, DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/13/2018

Jean-Claude Douyon
Digitally signed by Jean-Claude Douyon
Date: 2018.11.13 14:45:18 -05'00'

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| American Oversight | ) |
|---|---|
| *Plaintiff* | ) |
| | ) |
| v. | ) Civil Action No. 1:18-cv-02582-DLF |
| U.S. Department of Education | ) |
| | ) |
| *Defendant* | ) |

SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*
  Matthew Whitaker
  Acting United States Attorney General
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Hart W. Wood
  American Oversight
  1030 15th Street NW, B255
  Washington, DC 20005

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/13/2018

Jean-Claude Douyon  Digitally signed by Jean-Claude Douyon
Date: 2018.11.13 14:45:18 -05'00'

*Signature of Clerk or Deputy Clerk*