IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| v. | ) ) | Case No. 18-cv-2582 (DLF) |
| U.S. DEPARTMENT OF EDUCATION, | ) ) ) | |
| *Defendant*. | ) ) ) | |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff American Oversight, through undersigned counsel, respectfully submits the attached Declaration of Service as proof that service of process has been effected on the U.S. Attorney for the District of Columbia, the Acting U.S. Attorney General, and Defendant U.S. Department of Education in the above-captioned matter.

Dated: November 27, 2018                     Respectfully submitted,

*/s/ Hart W. Wood*
Hart W. Wood
D.C. Bar No. 1034361
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 873-1743
hart.wood@americanoversight.org

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 18-cv-2582 (DLF) |
| U.S. DEPARTMENT OF EDUCATION, | ) |
| *Defendant*. | ) |

**DECLARATION OF SERVICE**

I, CLAY M. GOODE, hereby declare as follows:

1. I am employed as Paralegal at American Oversight.

2. On November 9, 2018, American Oversight initiated the above-captioned matter in the U.S. District Court for the District of Columbia. On November 13, 2018 the Court issued signed summonses for service, and on November 14, 2018, I served the summonses and copies of the complaint on the U.S. Attorney for the District of Columbia, the Acting U.S. Attorney General, and Defendant U.S. Department of Education. Service was effected by hand delivery on the U.S. Attorney for the District of Columbia and by Certified U.S. Mail, First-Class, return-receipt requested on the Acting U.S. Attorney General and Defendant U.S Department of Education.

3. On November 14, 2018, I served the U.S. Attorney for the District of Columbia by hand delivery made to legal assistant Reginald Rowan at the Civil Division of the U.S. Attorney's Office on the fourth floor of 501 Third Street NW, Washington, DC.

4.	According to USPS Tracking, service of process was effected on the Acting U.S. Attorney General at 950 Pennsylvania Avenue NW, Washington, DC 20530 on November 19, 2018. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the Acting U.S. Attorney General are attached in Exhibit A.

5.	According to USPS Tracking, service of process was effected on Defendant U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202 on November 19, 2018. True and correct copies of the Certified Mail Receipt and the USPS Tracking Results demonstrating service on the U.S. Department of Education are attached in Exhibit A.

6.	Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 27, 2018

_____
Clay M. Goode