# EXHIBIT A

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE ARE...

# USPS Tracking®

FAQs ›  (https://www.usps.com/faqs/uspstracking-faqs.htm)

## Track Another Package +

**Tracking Number:** 70182290000049536860

Remove ✕

Expected Delivery on

# MONDAY

# 19 NOVEMBER 2018 ⓘ

by **8:00pm** ⓘ



✓ **Delivered**

November 19, 2018 at 4:35 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄



---

**Text & Email Updates**                                                              ⌄

---

**Tracking History**                                                                   ⌃

**November 19, 2018, 4:35 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:35 am on November 19, 2018 in WASHINGTON, DC 20530.

**November 17, 2018, 12:59 pm**
Available for Pickup
WASHINGTON, DC 20530

**November 17, 2018**
In Transit to Next Facility

**November 17, 2018, 12:30 pm**
Arrived at Unit
WASHINGTON, DC 20018

**November 14, 2018, 11:41 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**November 14, 2018, 3:48 pm**
USPS in possession of item
WASHINGTON, DC 20005

---

## Product Information

⌃ Feedback

| Postal Product: | Features: | |
|---|---|---|
| First-Class Mail® | Certified Mail™ | See tracking for related item: 9590940242868190848536 (/go/TrackConfirmAction?tLabels=9590940242868190848536) |

---

**See Less ⌃**

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**

ALERT: DUE TO WILDFIRES IN CALIFORNIA, USPS SERVICES ARE IMPACTED IN THOSE ARE...

# USPS Tracking®

**FAQs** > **(https://www.usps.com/faqs/uspstracking-faqs.htm)**

## Track Another Package +

**Tracking Number:** 70182290000049536846

Remove ✕

**Expected Delivery on**

# MONDAY
# 19 NOVEMBER
2018 ⓘ

by
**8:00pm** ⓘ



⊘ **Delivered**

November 19, 2018 at 7:47 am
Delivered, To Agent
WASHINGTON, DC 20202

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**November 19, 2018, 7:47 am**
Delivered, To Agent
WASHINGTON, DC 20202
Your item has been delivered to an agent at 7:47 am on November 19, 2018 in WASHINGTON, DC 20202.

**November 18, 2018**
In Transit to Next Facility

**November 18, 2018, 12:35 pm**
Available for Pickup
WASHINGTON, DC 20202


**November 18, 2018, 9:34 am**
Arrived at Hub
WASHINGTON, DC 20018


**November 14, 2018, 11:41 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER


**November 14, 2018, 3:48 pm**
USPS in possession of item
WASHINGTON, DC 20005

---

**Product Information**                                                                                    ∧ |Feedback

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940242868190848543 (/go/TrackConfirmAction?tLabels=9590940242868190848543) |

---

**See Less** ∧


# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.


**FAQs (https://www.usps.com/faqs/uspstracking-faqs.htm)**