UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| AMERICAN OVERSIGHT, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 18-02582 DLF ) |
| DEPARTMENT OF EDUCATION, | ) ) |
| Defendant. | ) ) |

ANSWER

Defendant, the Department of Education, hereby answers the complaint:

FIRST DEFENSE

Defendant is processing plaintiff's Freedom of Information Act ("FOIA") requests. As records are reviewed for release to plaintiff, defendant reserves the right to assert, where appropriate, the exemptions from release found in the FOIA, 5 U.S.C. § 552(b).

SECOND DEFENSE

The multiple FOIA requests submitted to defendant are unduly burdensome.

THIRD DEFENSE

Defendant answers the numbered paragraphs of the complaint as follows:

1. This paragraph contains plaintiff's characterization of its case as to which no response is required.

2 to 4.  These paragraphs contain conclusions of law as to which no response is required.

5.  Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations of this paragraph.

6.  It is admitted the defendant is an agency of the United States and is subject to the FOIA.  Defendant lacks knowledge or information sufficient to form a belief as to truth of the allegation in the third sentence.

7.  This paragraph summarizes a FOIA request that was submitted to defendant, and the Court is referred to that request, which is the best evidence of its contents.

8 and 9.  Admitted.

10.  This paragraph summarizes a FOIA request that was submitted to defendant, and the Court is referred to that request, which is the best evidence of its contents.

11 and 12.  Admitted.

13.  This paragraph summarizes a FOIA request that was submitted to defendant, and the Court is referred to that request, which is the best evidence of its contents.

14.  Admitted.

15 and 16.  These paragraphs summarize a communication from defendant to plaintiff, and the Court is referred to that communication, which is the best evidence of its contents.

17.  Admitted.

18.  This paragraph summarizes a FOIA request that was submitted to defendant, and the Court is referred to that request, which is the best evidence of its contents.

19 and 20.  Admitted.

21.  This paragraph summarizes a FOIA request that was submitted to defendant, and the Court is referred to that request, which is the best evidence of its contents.

22 and 23.  Admitted.

24.  This paragraph summarizes a FOIA request that was submitted to defendant, and the Court is referred to that request, which is the best evidence of its contents.

25 and 26.  Admitted.

27.  It is admitted that defendant has not made a final determination on plaintiff's several FOIA requests.

28.  This paragraph is a conclusion of law as to no response is required.

29. Defendant incorporates herein the responses to the preceding paragraphs of the answer.

30 to 34.  These paragraphs are conclusions of law as to which no response is required.

35.  Defendant incorporates herein the responses to the preceding paragraphs of the answer.

36 to 41.  These paragraphs are conclusions of law as to which no response is required.

The remainder of the complaint is plaintiff's request for relief, and defendant denies that plaintiff is entitled to the relief requested.

\* \* \* \* \*

All allegations not expressly admitted are denied.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

BY:  /s/ *Fred E. Haynes*
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C. 20530
202.252.2550
fred.haynes@usdoj.gov