# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No.: 18-2582-DLF |

## JOINT STATUS REPORT

The Parties, by and through their undersigned counsel, respectfully submit this status report pursuant to the Court's December 14, 2018 Minute Order. *See* Min. Order (Dec. 14, 2018).

1. At issue are six Freedom of Information Act ("FOIA") requests that Plaintiffs submitted to Defendant on April 27, 2018.

2. Defendant filed its Answer on December 14, 2018.

3. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice and several other Executive agencies expired, and appropriations to the Department lapsed. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in limited circumstances.

4. Defendant, the United States Department of Education, has already been funded through previous congressional legislation and is operating normally. However, due to the partial shutdown's effect on the Department of Justice, parties' counsel have not been able to confer with regard to the status of Defendant's search and review of documents responsive to Plaintiff's FOIA requests.

5. The Parties propose to file a further Joint Status Report five days after the end of the partial shutdown or on January 25, 2019, whichever is earlier.

6. Undersigned counsel has communicated this information to Defendant's counsel, and he has authorized this report to be filed.

January 4, 2019                                        Respectfully submitted,


                                                       */s/ Hart W. Wood*
                                                       Hart W. Wood
                                                       D.C. Bar No. 1034361
                                                       AMERICAN OVERSIGHT
                                                       1030 15th Street NW, B255
                                                       Washington, DC 20005
                                                       (202) 873.1743
                                                       hart.wood@americanoversight.org


                                                       *Counsel for Plaintiff*