UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No.: 18-2582-DLF |

## PLAINTIFF'S STATUS REPORT

Plaintiff, by and through undersigned counsel, respectfully submits this status report pursuant to the Court's January 4, 2019 Minute Order instructing parties to file a status report five days after Congress restores appropriations to the Department of Justice or on January 25, 2019, whichever is earlier. *See* Min. Order (Jan. 4, 2019).

1. At issue are six Freedom of Information Act ("FOIA") requests that Plaintiffs submitted to Defendant on April 27, 2018.

2. Due to the partial government shutdown's effect on the Department of Justice, the parties' counsel have not been able to confer with regard to the status of Defendant's search and review of documents responsive to Plaintiff's FOIA requests.

3. It is Plaintiff's understanding that Defendant, the United States Department of Education, has already been funded through previous congressional legislation and is operating normally.

4. On the afternoon of January 25, 2019, President Trump announced an agreement to re-open the government through February 15, 2019.

5. Plaintiff proposes that the parties meet and confer regarding the status of Defendant's search and review of documents responsive to Plaintiff's FOIA requests and submit a Joint Status Report on February 1, 2019.

January 25, 2019                                    Respectfully submitted,

                                                    /s/ Hart W. Wood
                                                    Hart W. Wood
                                                    D.C. Bar No. 1034361
                                                    AMERICAN OVERSIGHT
                                                    1030 15th Street NW, B255
                                                    Washington, DC 20005
                                                    (202) 873.1743
                                                    hart.wood@americanoversight.org

                                                    *Counsel for Plaintiff*