UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant.* | Civil Action No.: 18-2582-DLF |

## PLAINTIFF'S STATUS REPORT

Plaintiff, by and through undersigned counsel, respectfully submits this status report pursuant to the Court's January 25, 2019 Minute Order.

1. At issue are six Freedom of Information Act ("FOIA") requests that Plaintiffs submitted to Defendant on April 27, 2018.

2. Plaintiff filed its Complaint in this matter on November 9, 2018. Compl., ECF No. 1. Defendant filed its Answer on December 14, 2018. Answer, ECF No. 7.

3. Due to the partial government shutdown beginning at the end of the day on December 21, 2018, the parties were unable confer regarding the status of Defendant's review of documents responsive to Plaintiff's FOIA requests. It is Plaintiff's understanding that Defendant, the United States Department of Education, was operating normally throughout the shutdown.

4. Temporary appropriations were restored to the Department of Justice on January 25, 2019.

5. On December 18, 2018, January 29, 2019, and February 1, 2019, Plaintiff requested from Defendant information regarding whether Defendant has begun searches responsive to the identified, how many documents are potentially responsive to those requests based on initial

searches, and whether Defendant has an anticipated timeframe for review and production of any those requests.

6. On February 1, 2019, Defendant requested an additional week to obtain the requested information. Plaintiff indicated that it would not oppose such a request.

7. Plaintiff proposes that the parties meet and confer regarding the status of Defendant's search and review of documents responsive to Plaintiff's FOIA requests and submit a Joint Status Report on February 8, 2019.

February 1, 2019                                   Respectfully submitted,

                                                    /s/ Hart W. Wood
                                                    Hart W. Wood
                                                    D.C. Bar No. 1034361
                                                    AMERICAN OVERSIGHT
                                                    1030 15th Street NW, B255
                                                    Washington, DC 20005
                                                    (202) 873.1743
                                                    hart.wood@americanoversight.org

                                                    *Counsel for Plaintiff*