**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

AMERICAN OVERSIGHT,

        *Plaintiffs,*

v.

UNITED STATES DEPARTMENT OF
EDUCATION,

        *Defendant.*

</td><td>

Civil Action No.: 18-2582-DLF

</td></tr>
</table>

**PLAINTIFF'S STATUS REPORT**

Plaintiff, by and through undersigned counsel, respectfully submits this status report.

1.      At issue are six Freedom of Information Act ("FOIA") requests that Plaintiffs submitted to Defendant on April 27, 2018.

2.      Plaintiff filed its Complaint in this matter on November 9, 2018. Compl., ECF No. 1.

3.      Defendant filed its Answer on December 14, 2018. Answer, ECF No. 7.

4.      On December 14, 2018, the Court ordered the parties to meet and confer and file a Joint Status Report on or before January 4, 2019. Minute Order (Dec. 14, 2019).

5.      On December 18, 2018, Plaintiff requested information from Defendant regarding (1) whether Defendant had performed searches responsive to the requests at issue or, if not, when it plans to do so; (2) how many documents are potentially responsive to those requests based on any initial searches; and (3) whether Defendant had an anticipated timeframe for review and production of any those requests.

6.      Due to the partial government shutdown beginning at the end of the day on December 21, 2018, counsel for the respective parties were unable confer regarding the status of Defendant's review of documents responsive to Plaintiff's FOIA requests.

7.      It is Plaintiff's understanding that Defendant, the United States Department of Education, was operating normally and without interruption throughout the partial shutdown.

8.      On January 25, 2019, temporary appropriations were restored to the Department of Justice, and the Court ordered the parties to meet and confer and file a Joint Status Report on or before February 1, 2019. Minute Order (Dec. 14, 2019).

9.      On January 29 and February 1, 2019, Plaintiff reiterated the above-described requests for information (*see* ¶ 5, *supra*) regarding the status of the FOIA requests at issue in this litigation.

10.     On February 1, 2019, counsel for Defendant requested Plaintiff's consent for a one-week extension in order to gather the requested information. Plaintiff indicated that it would not oppose such a request.

11.     At 11:11 PM on February 1, 2019, Plaintiff filed a Plaintiff's Status Report proposing that the parties meet and confer regarding the status of Defendant's search and review of documents responsive to Plaintiff's FOIA requests and submit a Joint Status Report on February 8, 2019.

12.     On February 7 and February 8, 2019, Plaintiff again reiterated the above-described requests for information (*see* ¶ 5, *supra*).

13.     On February 8, 2019, counsel for Defendant replied that he was "going to" send Plaintiff's questions to the Department of Education. In response to concerns from counsel for Plaintiff that the questions had apparently not been provided to the Department of Education at any earlier point, counsel for Defendant did not indicate otherwise.

14.     Therefore, Plaintiff respectfully requests that the Court order the parties to meet and confer by February 22, 2019, to address, at a minimum, (1) whether Defendant has performed appropriate searches responsive to the requests at issue or, if not, when it plans to do so; (2) how many documents are potentially responsive to those requests based on any initial searches; and (3) whether Defendant has an anticipated timeframe for review and production of any those requests. Plaintiff further requests that the Court order the parties to submit a Joint Status Report on or before February 22, 2019, in order to inform the Court of the status of the requests at issue and propose a schedule for further proceedings

15.     Plaintiff has communicated the above requests to counsel for Defendant, who has stated that he does not object.

16.     If the Court decides that a status conference would be beneficial in this matter, Plaintiff is available at any time that is convenient for the Court.


February 8, 2019                                  Respectfully submitted,


                                                 */s/ Hart W. Wood*
                                                 Hart W. Wood
                                                 D.C. Bar No. 1034361
                                                 AMERICAN OVERSIGHT
                                                 1030 15th Street NW, B255
                                                 Washington, DC 20005
                                                 (202) 873.1743
                                                 hart.wood@americanoversight.org


                                                 *Counsel for Plaintiff*


3