UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant.* | Civil Action No.: 18-2582-DLF |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, by and through undersigned counsel, respectfully submits this status report.

1. On January 25, 2019, the Court ordered the parties to meet and confer and file a joint status report on or before February 1, 2019.

2. As detailed in the February 1, 2019 Plaintiff's Status Report and the February 8, 2019 Plaintiff's Status Report, and at the time of this filing, Defendant has not provided Plaintiff with any information regarding the status of the Freedom of Information Act (FOIA) requests at issue despite repeated requests by Plaintiff from December 18, 2018 onward.[1]

3. Plaintiff respectfully requests that the Court order that the parties meet and confer regarding the status of Defendant's search and review of documents responsive to Plaintiff's FOIA requests and submit a Joint Status Report on or before March 6, 2019.

---

[1] Plaintiff has repeatedly requested information as to whether Defendant has begun searches responsive to the identified FOIA requests, how many documents are potentially responsive to those requests based on initial searches, and whether Defendant has an anticipated timeframe for review and production of any those requests.

February 22, 2019                    Respectfully submitted,

                                     */s/ Hart W. Wood*
                                     Hart W. Wood
                                     D.C. Bar No. 1034361
                                     AMERICAN OVERSIGHT
                                     1030 15th Street NW, B255
                                     Washington, DC 20005
                                     (202) 873-1743
                                     hart.wood@americanoversight.org


                                     *Counsel for Plaintiff*

2