UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant.* | Civil Action No.: 18-2582-DLF |

# JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this status report pursuant to the Court's February 25, 2019 Minute Order. *See* Min. Order (Feb. 25, 2019).

1. Before the Court is a Complaint filed by Plaintiff American Oversight against the Defendant U.S. Department of Education for failing to conduct an adequate search for records and wrongfully withholding non-exempt records in violation of the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). ECF No. 1, Nov. 9, 2018. Defendant filed its Answer on December 14, 2018. ECF No. 7, Dec. 14, 2018.

2. On December 14, 2018, the Court ordered the parties to meet and confer and submit a joint status report by January 4, 2019. Plaintiff requested information regarding the status of Defendant's search and review of documents responsive to the FOIA requests at issue on December 18, 2018. Due to the partial government shutdown's effect on the Department of Justice, the parties' counsel were unable to confer. Defendant U.S. Department of Education was fully-funded and operated normally throughout the partial government shutdown.

3.     On January 25, 2019, and on February 25, 2019, the Court again ordered the parties to meet and confer regarding the status of the FOIA requests at issue. *See* Min. Order (Jan. 25, 2019) & Min. Order (Feb. 25, 2019).

4.     On March 6, 2019, Defendant provided Plaintiff with a summary of the searches conducted in response to Plaintiff's requests, including the search terms used for each request. Defendant states that the Office of Postsecondary Education found 400 documents in response to Plaintiff's request and expects to have those documents uploaded into its review software by the end of this week so that it can determine the number of responsive pages. The Office of the Secretary and Office of the Deputy Secretary located fewer than 100 pages, which may not be responsive because they relate only to the clearance process.

5.     At this time, Defendant has no objections to completing Plaintiff's requests.

6.     Plaintiff is reviewing the searches conducted by Defendant, and the parties will confer regarding the adequacy of Defendant's search and its review of documents.

7.     The parties respectfully request that the Court order the parties to meet and confer regarding and file a further joint status report on or before March 15, 2019, to include a proposed production schedule.

8.     Undersigned counsel has communicated this information to Defendant's counsel, and he has authorized this report to be filed.

March 6, 2019                                        Respectfully submitted,

                                                 */s/ Hart W. Wood*
                                                 Hart W. Wood
                                                 D.C. Bar No. 1034361
                                                 AMERICAN OVERSIGHT
                                                 1030 15th Street NW, B255
                                                 Washington, DC 20005
                                                 (202) 873-1743
                                                 hart.wood@americanoversight.org

                                               *Counsel for Plaintiff*