UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant.* | Civil Action No.: 18-2582-DLF |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this status report pursuant to the Court's March 7, 2019 Minute Order.

1. At issue are six Freedom of Information Act requests that Plaintiffs submitted to Defendant on April 27, 2018, seeking records generally relating to student loan borrower protections.

2. Defendant has completed its search and has located approximately 3,298 total pages of potentially responsive records within the Office of the Secretary, Office of the Deputy Secretary, and Office of Postsecondary Education.

3. Defendant will produce no fewer than 500 pages of responsive, non-exempt records to Plaintiff on or before March 29, 2019, and every 30 days thereafter.

4. The parties will continue to confer regarding the adequacy of the searches conducted and will work amicably to resolve any outstanding issues.

5. The parties respectfully request that the Court order the parties to submit another joint status report on April 15, 2019, and further joint status reports every 60 days thereafter.

6. Undersigned counsel has communicated this information to Defendant's counsel, and he has authorized this report to be filed.

March 15, 2019                                    Respectfully submitted,

                                                  */s/ Hart W. Wood*
                                                  Hart W. Wood
                                                  D.C. Bar No. 1034361
                                                  AMERICAN OVERSIGHT
                                                  1030 15th Street NW, B255
                                                  Washington, DC 20005
                                                  (202) 873-1743
                                                  hart.wood@americanoversight.org

                                                  *Counsel for Plaintiff*