# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN OVERSIGHT,

　　　　　　　*Plaintiffs,*

　　　v.

UNITED STATES DEPARTMENT OF
EDUCATION,

　　　　　　　*Defendant*.

Civil Action No.: 18-2582-DLF

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this status report pursuant to the Court's April 15, 2019 Minute Order.

1.　　　Defendant has located approximately 3,298 total pages of potentially responsive records within the Office of the Secretary, Office of the Deputy Secretary, and Office of Postsecondary Education.

2.　　　Defendant has committed to produce no fewer than 500 pages of responsive, non-exempt records to Plaintiff every 30 days.

3.　　　On May 31, 2019, Defendant produced 597 pages of records to Plaintiff. Plaintiff is reviewing those records, and the parties will confer regarding any outstanding issues.

4.　　　The parties will continue to confer regarding the adequacy of the searches conducted and will work to resolve any outstanding issues.

5.　　　The parties respectfully request that the Court order the parties to submit another joint status report on or before August 14, 2019.

6.      Undersigned counsel has communicated this information to Defendant's counsel,
and he has authorized this report to be filed.


June 14, 2019                                          Respectfully submitted,

                                                      /s/ Hart W. Wood
                                                      Hart W. Wood
                                                      D.C. Bar No. 1034361
                                                      AMERICAN OVERSIGHT
                                                      1030 15th Street NW, B255
                                                      Washington, DC 20005
                                                      (202) 873-1743
                                                      hart.wood@americanoversight.org

                                                      *Counsel for Plaintiff*