# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>    *Plaintiff*,<br><br>    v.<br><br>U.S. DEPARTMENT OF EDUCATION,<br><br>    *Defendant*. | Civil Action No.18-2582 (DLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jason T. Cohen and remove the appearance of Assistant United States Attorney Fred Elmore Haynes as counsel of record for Defendant in the above-captioned case.

Dated:  July 1, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845  
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092  
Chief, Civil Division

By:    */s/ Jason T. Cohen*  
JASON T. COHEN  
ME Bar #004465  
Assistant United States Attorney  
555 Fourth St., N.W.  
Washington, D.C. 20530  
Phone: (202) 252-2523  
Fax: (202) 252-2599  
Email: jason.cohen@usdoj.gov