UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No.: 18-2582-DLF |

## JOINT STATUS REPORT

The parties, by and through undersigned counsel, respectfully submit this status report pursuant to the Court's August 14, 2019 Minute Order.

1. At issue are six Freedom of Information Act ("FOIA") requests that Plaintiff submitted to Defendant on April 27, 2018.

2. Upon completing its search for responsive records, Defendant located approximately 3,298 total pages of potentially responsive records within the Office of the Secretary, Office of the Deputy Secretary, and Office of Postsecondary Education.

3. On July 31, 2019, Defendant released what it states is a final production of records located by the Department of Education in response to Plaintiff's FOIA requests.

4. Discussions regarding the released records are ongoing, and Plaintiff plans to submit questions to Defendant for further discussion. The parties will confer regarding the adequacy of the searches conducted and will continue to work to resolve any outstanding issues.

5. The parties respectfully request that the Court order the parties to submit another joint status report on or before October 23, 2019.

Date:  September 23, 2019

                                        Respectfully submitted,

| | |
|---|---|
| */s/ Hart W. Wood* | JESSIE K. LIU, D.C. Bar # 472845 |
| Hart W. Wood | United States Attorney |
| D.C. Bar No. 1034361 | |
| American Oversight | DANIEL F. VAN HORN, D.C. Bar # 924092 |
| 1030 15th Street NW, B255 | Chief, Civil Division |
| Washington, D.C. 20005 | |
| Telephone: (202) 873-1743 | By:  */s/ Jason T. Cohen* |
| Email: hart.wood@americanoversight.org | JASON T. COHEN, ME Bar #004465 |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | Civil Division |
| | 555 Fourth St., N.W. |
| | Washington, D.C. 20530 |
| | Telephone:  (202) 252-2523 |
| | Email:  jason.cohen@usdoj.gov |
| | |
| | *Counsel for Defendant* |