UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendant*. | Civil Action No. 18-2582 (DLF) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Sean M. Tepe and remove the appearance of Assistant United States Attorney Jason T. Cohen as counsel of record for Defendant in the above-captioned case.

Dated:  November 24, 2019          Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:    */s/ Sean M. Tepe*
SEAN M. TEPE
DC Bar #1001323
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2533
Fax: (202) 252-2599
Email: sean.tepe@usdoj.gov