# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 18-2582 (DLF) |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree, by their duly-authorized undersigned counsel, to the dismissal with prejudice of the above-captioned action, with each party to bear its own costs, attorney fees, and expenses.


Dated: December 17, 2019                Respectfully submitted,

JESSIE K. LIU                           /s/ *Hart W. Wood*
D.C. Bar #472845                        Hart W. Wood
United States Attorney                  D.C. Bar No. 1034361
                                        AMERICAN OVERSIGHT
DANIEL F. VAN HORN                      1030 15th Street NW, B255
D.C. BAR # 924092                       Washington, DC 20005
Civil Chief                             (202) 873-1743
                                        hart.wood@americanoversight.org
By:  /s/
SEAN M. TEPE, DC Bar #1001323           *Counsel for Plaintiff*
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2533
Email:  sean.tepe@usdoj.gov


*Counsel for Defendants*